UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
              Plaintiff/Applicant,      :        11 Misc. 261 (DLC)
        -v-                             :
ROBERT OLINS and ARGYLE CAPITAL         :               ORDER
MANAGEMENT CORP.,                       :
                                        :
              Defendants/Respondents,   :
        -v-                             :        ┌─────────────────────────┐
AMERICAN BANK AND TRUST COMPANY,        :        │ USDC SDNY               │
                                        :        │ DOCUMENT                │
              Respondent/Receiver.      :        │ ELECTRONICALLY FILED    │
                                        :        │ DOC #: _____  │
----------------------------------------X        │ DATE FILED: 9/4/2012    │
                                                 └─────────────────────────┘

DENISE COTE, District Judge:

     On August 24, 2012, the Receiver, American Bank and Trust
Co., filed an application seeking the Court's determination of
the levels and priorities of debts owed by Defendants.  It is
hereby

     ORDERED that any opposition to the Receiver's application
shall be served no later than **September 14, 2012**.  The
Receiver's reply, if any, shall be served by **September 21, 2012**.
At the time any reply is served, the moving party shall supply
Chambers with two (2) courtesy copies of all motion papers by
mailing or delivering them to the United States Courthouse, 500
Pearl Street, New York, New York.

Dated:     New York, New York
           September 4, 2012

                                    _____
                                              DENISE COTE
                                    United States District Judge